|   |   |
|---|---|
| SHAWN BEDWELL, an individual,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>VALLEY BROOK, LLC, a California limited liability company; and DOES 1-10,<br><br>　　　　　　　　　　Defendants. | Case No.: 22-CV-83 TWR (WVG)<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO SERVE** |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

On August 22, 2022, the Court ordered Plaintiff to show cause why the Complaint should not be dismissed for failure timely to effect service. (*See* ECF No. 5, the "Order".) The Court instructed Plaintiff to adequately respond within fourteen (14) days of the date of the Order.[1] (*Id.*) On September 6, 2022, Plaintiff filed a response informing the Court that "service is imminent" and counsel is "awaiting confirmation of service and receipt of the proofs of service." (*See* ECF No. 7.) The Court, however, specifically instructed Plaintiff to "file either (1) proof of service of the Summons and the Complaint on Defendant; or (2) a declaration under penalty of perjury showing good cause for his failure

---

[1]　　Fourteen days from the date of the Order, fell on September 5, 2022, which was a federal holiday. Accordingly, Plaintiff had until September 6, 2022 to timely file a response.

1  timely to serve Defendant, accompanied by a motion for leave to serve process outside of
2  the ninety-day service limit." (*See* Order.) Plaintiff did not comply with either option.
3        Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** the action for
4  failure timely to effect service pursuant to Rule 4(m) and Civil Local Rule 4.1 and for
5  failure to comply with the Federal Rules of Civil Procedure, Civil Local Rules, and the
6  Order pursuant to Civil Local Rules 41.1(b) and 83.1(a).
7        **IT IS SO ORDERED.**
8  Dated: September 7, 2022

                                              Honorable Todd W. Robinson
                                              United States District Judge